

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00104-CV

Richard **ABRAMS**,
Appellant

v.

Marguerite Salinas a/k/a Marguerite Y. Salinas f/k/a Marguerite **ABRAMS**
and Ashely Abrams a/k/a Ashley N. Abrams,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1987-CI-16750
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED. Costs of this appeal are taxed against Appellant Richard Abrams.

SIGNED May 6, 2015.

_____
Patricia O. Alvarez, Justice